```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    PAUL G. STERN (Cal. Bar No. 162734)
 4  Assistant United States Attorney
    Environmental and Community Safety Crimes Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-
 7       Facsimile: (213) 894-6269
         E-mail:    Heather.Gorman@usdoj.gov
 8                  Paul.Stern@usdoj.gov
                    Erik.Silber@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JANETH BREWER,<br><br>        Defendant | CR 19-677-PSG<br><br>**GOVERNMENT'S CONCURRENCE WITH PRESENTENCE REPORT AND PROBATION OFFICE'S RECOMMENDATION LETTER**<br><br>Sentencing: March 30, 2020<br>Time:      10 a.m. |
|---|---|

    The government hereby concurs with the factual findings and guidelines analysis set forth in the Presentence Report and in the recommendations set forth in the United States Probation Office's Recommendation Letter, filed on February 25, 2020.